Approved by the Wisconsin Real Estate Examining Board
10-1-15 (Optional Use Date)  1-1-16 (Mandatory Use Date)

Redefined Realty Advisors, LLC
WISCONSIN REALTORS® ASSOCIATION
4801 Forest Run Road
Madison, Wisconsin 53704

# WB-40 AMENDMENT TO OFFER TO PURCHASE

**CAUTION:** Use a WB-40 Amendment if both Parties will be agreeing to modify the terms of the Offer.
Use a WB-41 Notice if a Party is giving a Notice which does not require the other Party's agreement.

1  Buyer and Seller agree to amend the Offer dated __May 20, 2020__, and accepted _____, for
2  the purchase and sale of real estate at 4022 N. 27th Street, Milwaukee, WI 53216☐
3  _____, Wisconsin as follows:
4  Closing date is changed from _____, ____, to _____, ____.
5  Purchase price is changed from $ _____ to $ _____.
6  Other: ☐
7  BANKRUPTCY COURT APPROVAL REQUIRED: The Seller's obligation to close this transaction is
8  contingent upon the approval of the United States Bankruptcy Court for the Eastern
9  District of Wisconsin in Case No. 19B25789 of the sale of this property pursuant to the
10 terms and conditions of this Offer to Purchase free and clear of all monetary liens and
11 encumbrances, excepting only the lien of the City of Milwaukee for real estate taxes for
12 the years 2019 & 2020.☐
13 ☐
14 Lines 4-6 are amended to add the following additional property: 4038 N 27th Street,
15 Milwaukee, WI 53216 (Tax Key No. 245-0601-000)
16
17
...
27
28 The attached _____ is/are made part of this Amendment.
29 ALL OTHER TERMS OF THE OFFER TO PURCHASE AND ANY PRIOR AMENDMENTS REMAIN THE SAME.
30 This Amendment is binding upon Seller and Buyer only if a copy of the accepted Amendment is delivered to the Party
31 offering the Amendment on or before _____ (Time is of the Essence). Delivery
32 of the accepted Amendment may be made in any manner specified in the Offer to Purchase, unless otherwise provided
33 in this Amendment.
34 **NOTE:** The Party offering this Amendment may withdraw the offered Amendment prior to acceptance and
35 delivery as provided at lines 30-33.

36 This Amendment was drafted by ____Ellen M. Wagner____ on 06/05/2020
37  Licensee and Firm ▲  Date ▲
38 This Amendment was presented by _____ on _____
39  Licensee and Firm ▲  Date ▲
40 (x) _[signature] DeMaryl R. Howard_ 6/05/2020   (x) _[signature]_ Terry Taper  6/05/2020
41 Buyer's Signature ▲  Date ▲   Seller's Signature ▲  Date ▲
42 Print name ▶ DeMaryl R. Howard   Print name ▶ Terry Taper, President

43 (x) _____   (x) _____
44 Buyer's Signature ▲  Date ▲   Seller's Signature ▲  Date ▲
45 Print name ▶   Print name ▶

46 This Amendment was rejected _____
47  Party Initials ▲  Date ▲  Party Initials ▲  Date ▲

Redefined Realty Advisors, LLC, N51W24953 Lisbon Rd Pewaukee WI 53072    Phone: 2627325800    Fax: 8888619115    Living Epistle Church
Bob Tarantino    Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com

Case 19-25789-gmh    Doc 104-2    Filed 06/10/20    Page 1 of 1    Exhibit B