UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re:

     Living Epistles Church of Holiness Inc.,        Case No. 19-25789-gmh
                                       (Chapter 11)

                    Debtor.

_____

## ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY LOCATED AT 4022 AND 4038 NORTH 27TH STREET, MILWAUKEE, TO DeMARYL R. HOWARD AND/OR ASSIGNS, FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO BANKRUPTCY CODE § 363

_____

On June 10, 2020, Living Epistles Church of Holiness Inc., the debtor-in-possession in the above-captioned Chapter 11 case (the "Debtor"), moved the Court, pursuant to section 363(b) and (f) of the Bankruptcy Code, 11 U.S.C. §§ 363(b) and (f), and Fed. R. Bankr. P. 6004, for an order authorizing the Debtor to sell its real estate located at 4022 and 4038 North 27th Street in Milwaukee, Wisconsin (the "Property") to DeMaryl R. Howard and/or assigns,

Drafted by:
Leonard G. Leverson
Leverson Lucey & Metz S.C.
106 West Seeboth Street, Suite 204-1
Milwaukee, WI 53204
414-271-8503 (direct)
414-271-8504 (fax)
E-mail: lgl@levmetz.com

free and clear of liens, claims, and encumbrances, excepting only that the lien of the City of Milwaukee for real estate taxes for 2019 and 2020 real estate taxes on the Property itself, with the mortgage lien of First Citizens Bank and Trust Co. to attach to the net proceeds (the "Motion"). The Debtor requested that the order approving the proposed sale waive the 14-day stay of an order granting this Motion, pursuant to Fed. R. Bankr. P. 6004(h).

The Motion was served by first class mail to all creditors and interested parties. There were no objections to the Motion.

For cause shown, and upon all the records, files, and proceedings had herein, it is hereby ORDERED:

1.      The Motion is granted, and the Debtor is authorized to sell the Property to DeMaryl R. Howard and/or assigns, for $350,000, on the terms set forth in the accepted Offer to Purchase. J & K Realty will pay all closing costs for the sale and will assume the liability for 2019 and 2020 City of Milwaukee real estate taxes on the Property.

2.      Closing is to occur by July 20, 2020.

3.      First Citizens Bank & Trust shall receive all net proceeds of the sale.

4.      The Debtor's request to waive the fourteen-day stay of the effectiveness of the order, pursuant to Fed. R. Bankr. P. 6004(h), is granted.

#####