

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 11, 2020

G. Michael Halfenger
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | September 9, 2020 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 19-25789-gmh |
| DEBTOR: | Living Epistles Church of Holiness Inc. |
| NATURE OF HEARING: | 1. Hearing on Report of Possible Criminal Violations and Dismissal |
| | 2. Debtor's Motion to Sell Estate Real Property on North 27th Street |
| APPEARANCES: | Jonathan Goodman, counsel for the debtor |
| | Terry Taper, representative of the debtor |
| | Bryan Ward, counsel for Demaryl Howard |
| | Demaryl Howard |
| | Michelle Cramer, counsel for the U.S. trustee |
| | Bryan Becker, counsel for LCB1 Trust |
| | Brad Hrebenar, representative of Willow River, LLC |
| COURTROOM DEPUTY: | Sara Hackbarth |

    The court commenced an evidentiary hearing to (1) determine whether 18 U.S.C. §3057(a) requires a report to United States attorney for this district of possible bankruptcy crimes specified in chapter 9 of title 18 of the United States Code, (2) assess whether cause exists to dismiss this case, and (3) consider the debtor's pending motion to sell real property of the estate and the timely filed objections to that motion.

    The United States trustee called two witnesses: (1) Leonard Leverson, the debtor's former counsel, and (2) Brad Hrebenar, the managing director of Willow River,

LLC, servicer for LCB1 Trust, the successor of First-Citizens Bank & Trust Company to a security interest in the debtor's real property.

Based on the record and for the reasons stated at the hearing, the evidentiary hearing is continued to **September 24, 2020, at 11:00 a.m.**, in room 133 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin.

Demaryl Howard must appear and testify in person at the continued evidentiary hearing unless a request for alternative arrangements is made, good cause for such arrangements is shown, and the court grants the request before the scheduled time.

#####