So Ordered.

Dated: September 25, 2020



G. Michael Halfenger
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | September 24, 2020 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 19-25789-gmh |
| DEBTOR: | Living Epistles Church of Holiness Inc. |
| NATURE OF HEARING: | Continued Evidentiary Hearing on: |

(1) Report of Possible Bankruptcy Crimes,
(2) Dismissal, and
(3) Debtor's Motion to Sell Estate Real Property on North 27th Street

| | |
|---|---|
| APPEARANCES: | John Goodman, counsel for the debtor |
| | Terry Taper, representative of the debtor |
| | Michelle Cramer, counsel for the U.S. trustee |
| | Bryan Ward, counsel for Demaryl Howard |
| COURTROOM DEPUTY: | Sara Hackbarth |

The court held a continued evidentiary hearing to (1) determine whether 18 U.S.C. §3057(a) requires the court to report possible bankruptcy crimes specified in title 18, chapter 9, of the United States Code to United States attorney for this district; (2) assess whether there is cause to dismiss this case; and (3) consider the debtor's pending motion to sell real property of the estate and the objections to that motion.

Concluding his case-in-chief, the United States trustee called three witnesses: (1) Terry Taper, the debtor's principal and representative; (2) Demaryl Howard, who objected to the debtor's pending motion to sell real property of the estate; and (3) Mary Kay McSherry, an analyst with the U.S. trustee's office.

With respect to exhibits:

- The United States trustee moved to admit, and the court admitted as evidence, exhibits 1, 2, 6, 8, 9 (reserving all questions as to relevance), 10, and 100 (with a page to be added);

- The United States trustee also moved to admit exhibit 3, but the court sustained the debtor's objection on hearsay and relevance grounds and did not admit exhibit 3 as evidence; and

- The debtor moved to admit, and the court admitted as evidence, exhibits 101, 117 (for demonstrative purposes only, over the United States trustee's objection), 118, and 120.

Based on the record and for the reasons stated at the hearing, the evidentiary hearing is continued to **September 30, 2020, at 1:00 p.m.**, in room 133 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin.

With respect to appearances at the continued evidentiary hearing:

- The debtor's counsel, the debtor's representative, and counsel for the United States trustee must appear in person.

- If Mr. Howard wishes to question witnesses or otherwise present evidence, then his counsel must appear in person. If Mr. Howard intends to testify, then he must appear in person. Otherwise, he or his counsel, or both, may appear by telephone for the limited purposes of (1) observing the proceeding and (2) presenting argument on the debtor's motion to sell real property of the estate and Mr. Howard's objection to that motion.

- Anyone else wishing to observe the proceeding must appear by telephone.

- To appear by telephone, participants must by call the court conference line at 1-888-684-8852 and enter access code 7183566 before the scheduled time.

#####