UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re: Living Epistles Church of Holiness Inc.  Case No. 19-25789-gmh
(Chapter 11)
Debtor.

---

### THIRD AMENDED UNITED STATES TRUSTEE'S EXHIBIT LIST

---

1. Schedules (Docket No. 10)

2. Amended Schedules (Docket No. 30)

3. Leverson Declaration (Docket No. 132)

4. Picture of check rent receipt

5. T & J Ministries—Wisconsin Dept. Financial Institution

6. MORs (Docket Nos. 24, 32, 33, 41, 42, 48, 71, 86, 92, 94, 99, 112, 128)

7. Loan Balance Calculation

8. Commercial Lease Agreement for Fortunate Futures Inc.

9. Check images for lease payments from DeMaryl Howard

10. UST MOR Summary Exhibit

11. *UST Summary of Deposits from DeMaryl Howard*

12. *Debtor's Pre-Petition Tri-City Bank Statement*

13. *Bank Account Declaration of Debtor*

14. *Debtor's Exhibits*

15. *Rebuttal Evidence*

Attorney Michelle S. Y. Cramer
United States Trustee's Office
517 East Wisconsin Avenue, Room 430
Milwaukee, WI 53202
414-297-4499 (phone); 414-297-4478 (fax)

Dated: October 1, 2020.

                              PATRICK S. LAYNG
                              United States Trustee

                              _____
                              MICHELLE S. Y. CRAMER
                              Attorney for the United States Trustee