Office of the U.S. Trustee - Eastern District of Wisconsin

Living Epistles Church of Holiness Inc, Case no. 19-25789

Summary of Deposits from Demaryl Howard

| | | | | | | Consistent with Deposit in: | | |
|---|---|---|---|---|---|---|---|---|
| Check Date | Check | Payor | Payee | Amount | Memo Line | Living Epistles DIP | Living Epistles | T & J Ministries #1414 |
| 2/26/2018 | 375836 | Cashier's Check:Fortunate Futures | Living Epistles | 15,000.00 | *blank* | | Tri-City x2441 | |
| 4/5/2018 | 376632 | Cashier's Check:Fortunate Futures | Living Epistles | 12,500.00 | *blank* | | Tri-City x2441 | |
| 5/3/2018 | 1253 | Fortunate Futures Inc. Demaryl Howard | Living Epistles | 12,500.00 | *blank* | | Tri-City x2441 | |
| 10/2/2018 | 1433 | Fortunate Futures Inc. Demaryl Howard | Living Epistles | 13,000.00 | Lease Payment | | Tri-City x2441 | |
| 11/9/2018 | 1469 | Fortunate Futures Inc. Demaryl Howard | Living Epistles | 13,000.00 | Lease Payment | | Tri-City x2441 | |
| 12/7/2018 | 1444 | Fortunate Futures Inc. Demaryl Howard | Living Epistles | 13,000.00 | Lease | | Tri-City x2441 | |
| 1/9/2019 | 1511 | Fortunate Futures Inc. Demaryl Howard | Living Epistles | 13,000.00 | Lease | | Tri-City x2441 | |
| 2/5/2019 | 1532 | Fortunate Futures Inc. Demaryl Howard | Living Epistles | 13,000.00 | Lease | | Tri-City x2441 | |
| 4/10/2019 | 1548 | Fortunate Futures Inc. Demaryl Howard | Living Epistles | 13,000.00 | Lease | | Tri-City x2441 | |
| 5/9/2019 | 1551 | Fortunate Futures Inc. Demaryl Howard | Living Epistles | 13,000.00 | Lease | | Tri-City x2441 | |
| 6/7/2019 | 3129 | Fortunate Futures Inc. | Living Epistles | 13,000.00 | June Lease Payment | | Tri-City x2441 | |
| | | | * Bankruptcy Petition filed June 12, 2019 * | | | | | |
| 7/15/2019 | 1011 | Demaryl L Howard | T&J Ministries | 10,500.00 | Donation | | | Missing |
| 7/15/2019 | 1010 | Demaryl L Howard | Living Epistles | 2,500.00 | Lease | Doc 32, p.6 | | |
| 8/9/2019 | 1015 | Demaryl L Howard | T&J Ministries | 10,500.00 | Donation | | | Ex. 101, p. 2 |
| 8/9/2019 | 1014 | Demaryl L Howard | Living Epistles | 2,500.00 | Lease | Doc 33, p.6 | | |
| 9/10/2019 | 1020 | Demaryl L Howard | T&J Ministries | $ 10,500.00 | Donation | | | Ex. 102, p. 2 |
| 9/10/2019 | 1019 | Demaryl L Howard | Living Epistles | $ 2,500.00 | Lease | Doc 41, p.6 | | |
| 10/11/2019 | 854491 | Cashier's Check: Demaryl R Howard | T&J Ministries | $ 10,500.00 | *blank* | | | Ex. 103, p. 2 |
| 10/11/2019 | 854490 | Cashier's Check: Demaryl R Howard | Living Epistles | $ 2,500.00 | *blank* | Doc 42, p.6 | | |
| 11/12/2019 | 386643 | Cashier's Check: Demaryl R Howard | T&J Ministries | $ 10,500.00 | *blank* | | | Ex. 104, p. 2 |
| 11/12/2019 | 386642 | Cashier's Check: Demaryl R Howard | Living Epistles | $ 2,500.00 | *blank* | Doc 48, p.6 | | |
| 12/3/2019 | 245383 | Cashier's Check: Demaryl R Howard | T&J Ministries | $ 10,500.00 | *blank* | | | Ex. 105, p. 2 |
| 12/3/2019 | 245384 | Cashier's Check: Demaryl R Howard | Living Epistles | $ 2,500.00 | *blank* | Doc 71, p.6 | | |
| 1/13/2020 | 378688 | Cashier's Check: Demaryl R Howard | T&J Ministries | $ 10,500.00 | *blank* | | | Ex. 106, p. 2 |
| 1/13/2020 | 387687 | Cashier's Check: Demaryl R Howard | Living Epistles | $ 2,500.00 | *blank* | Doc 86, p.6 | | |
| 2/13/2020 | 388199 | Cashier's Check | T&J Ministries | $ 10,500.00 | *blank* | | | Ex. 107, p. 2 |
| 2/13/2020 | 388198 | Cashier's Check: Demaryl R Howard | Living Epistles | $ 2,500.00 | *blank* | Doc 92, p.6 | | |
| 3/13/2020 | 388722 | Cashier's Check: Demaryl R Howard | Living Epistles | $ 2,500.00 | *blank* | Doc 94, p.6 | | |
| 4/11/2020 | 306783 | Cashier's Check: Demaryl R Howard | T&J Ministries | $ 10,500.00 | *blank* | | | Ex. 109, p. 2 |
| 4/11/2020 | 306782 | Cashier's Check: Demaryl R Howard | Living Epistles | $ 2,500.00 | *blank* | Doc 99, p.6 | | |
| 5/12/2020 | 307510 | Cashier's Check: Demaryl R Howard | T&J Ministries | $ 10,500.00 | *blank* | | | Ex. 110, p. 2 |
| 5/12/2020 | 307511 | Cashier's Check: Demaryl R Howard | Living Epistles | $ 2,500.00 | *blank* | Doc 112, p.6 | | |
| 6/10/2020 | 308128 | Cashier's Check: Demaryl R Howard | T&J Ministries | $ 5,500.00 | *blank* | | | Ex. 111, p. 2 |
| 6/10/2020 | 308127 | Cashier's Check: Demaryl R Howard | Living Epistles | $ 2,500.00 | *blank* | Doc 128, p.6 | | |
| 7/10/2020 | 308801 | Cashier's Check: Demaryl R Howard | T&J Ministries | $ 10,500.00 | *blank* | | | Ex. 112, p. 2 |
| 7/10/2020 | 308800 | Cashier's Check: Demaryl R Howard | Living Epistles | $ 2,500.00 | *blank* | Consistent with DIP | | |
| 8/10/2020 | 309526 | Cashier's Check: Demaryl Howard | T&J Ministries | $ 10,500.00 | Lease | | | Missing |
| 8/10/2020 | 309527 | Cashier's Check: Demaryl Howard | Living Epistles | $ 2,500.00 | Lease | Consistent with DIP | | |
| 9/11/2020 | 703225 | Cashier's Check: Demaryl Howard | T&J Ministries | $ 10,500.00 | Lease | | | Missing |
| 9/11/2020 | 703223 | Cashier's Check: Demaryl Howard | Living Epistles | $ 2,500.00 | Lease | Consistent with DIP | | |
| | | | Pre-Petition Total | 144,000.00 | | | | |
| | | | Post-Petition Total | 179,500.00 | | | | |
| | | | **Grand Total** | **323,500.00** | | | | |

Case 19-25789-gmh    Doc 166-1    Filed 10/01/20    Page 1 of 1

**EXHIBIT 11**