# BANK ACCOUNT DECLARATION OF DEBTOR

CASE NAME: Living Epistles Church of Holiness

CASE NO.: 19-25789-GMH

I hereby declare under penalty of perjury that all pre-petition bank accounts of Living Epistles Church of Holiness as listed below, were closed on 6-18-2019

| Depository Name | Account Name | Account No. |
|---|---|---|
| First Citizens Bank | Living Epistles Church (Checking) | 8925310285 |

I further hereby declare under penalty of perjury that all monies have been transferred to the following Debtor-in-Possession bank:

| Depository Name | Account Name | Account No. |
|---|---|---|
| First Citizens Bank | Living Epistles Church Checking | 00892566824 |

I declare under penalty of perjury that the information provided above and on any attachment hereto is true to the best of my knowledge and belief.

8-4-2019
(Date)

Living Epistles Church of Holiness
(Debtor)

Pastor Terry Taper
(Title)

Terry Taper
(Printed Name of Signatory)

6