So Ordered.

Dated: October 1, 2020



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | September 30, 2020 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 19-25789-gmh |
| DEBTOR: | Living Epistles Church of Holiness Inc. |
| NATURE OF HEARING: | Continued Evidentiary Hearing on: (1) Report of Possible Bankruptcy Crimes, (2) Dismissal, and (3) Debtor's Motion to Sell Estate Real Property on North 27th Street |
| APPEARANCES: | John Goodman, counsel for the debtor
Terry Taper, representative of the debtor
Michelle Cramer, counsel for the U.S. trustee
Bryan Ward, counsel for Demaryl Howard
Bryan Becker, counsel for LCB1 Trust |
| COURTROOM DEPUTY: | Sara Hackbarth |

The court held a continued evidentiary hearing to (1) determine whether 18 U.S.C. §3057(a) requires the court to report possible bankruptcy crimes specified in title 18, chapter 9, of the United States Code to United States attorney for this district; (2) assess whether there is cause to dismiss this case; and (3) consider the debtor's pending motion to sell real property of the estate and the objections to that motion.

The debtor concluded its case-in-chief, calling only one witness: Terry Taper, the debtor's principal and representative. The court admitted the following exhibits on the debtor's motion: 102–113, 116, and 121–124. The court admitted the following exhibits

on the United States trustee's motion: 11, 12 (subject to any objections as to the relevance of portions of the exhibit on which there was no testimony), and 13.

The evidentiary hearing is continued to **October 6, 2020, at 10:30 a.m.**, in room 133 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, when the court will hear argument from the parties.

With respect to appearances at the continued evidentiary hearing:

- Only the debtor's counsel, the debtor's representative, and counsel for the United States trustee may appear in person.

- Any other party with an interest in the continuation or termination of this case may appear and argue for or against dismissal based on the evidence, but any such party or its counsel must appear by telephone, and the court may limit the time for any such arguments, which should be kept short.

- Anyone else wishing to observe the proceeding must appear by telephone.

- To appear by telephone, participants must call the court conference line at 1-888-684-8852 and enter access code 7183566 before the scheduled time.

#####