So Ordered.

Dated: October 13, 2020



G. Michael Halfenger
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
### Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | October 6, 2020 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 19-25789-gmh |
| DEBTOR: | Living Epistles Church of Holiness Inc. |
| NATURE OF HEARING: | Continued Evidentiary Hearing on: |
| | (1) Report of Possible Bankruptcy Crimes, |
| | (2) Dismissal, and |
| | (3) Debtor's Motion to Sell Estate Real Property on North 27th Street |
| APPEARANCES: | John Goodman, counsel for the debtor |
| | Terry Taper, representative of the debtor |
| | Michelle Cramer, counsel for the U.S. trustee |
| | Bryan Ward, counsel for Demaryl Howard |
| | Bryan Becker, counsel for LCB1 Trust |
| COURTROOM DEPUTY: | Sara Hackbarth |

The court concluded the continued evidentiary hearing to (1) determine whether 18 U.S.C. §3057(a) requires the court to report possible bankruptcy crimes specified in title 18, chapter 9, of the United States Code to United States attorney for this district; (2) assess whether there is cause to dismiss this case; and (3) consider the debtor's pending motion to sell real property of the estate and the objections to that motion. The court heard argument from the parties and took the matters under advisement.

#####